UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| WILLIAM DAVID BUSH,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>  Defendants. | Case No.  3:21-07472-LB<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the court refers the above-titled case to United States District Judge, to consider whether the case is related to case number 3:21-cv-06055-SI.

**IT IS SO ORDERED.**

Dated: October 4, 2021

LAUREL BEELER
United States Magistrate Judge

ORDER ─ No. 3:21-cv-07472-LB